UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

MARK RANKIN, et al            )
                              )
v.                            )   CIVIL NO. 2:15-cv-00480-JAW
                              )
DAVID HALL, et al             )

ORDER TO SHOW CAUSE

The record in this matter reflects that more than 120 days have expired since the filing of the complaint and that service of process remains to be accomplished on defendants.

Now therefore, pursuant to Fed. R. Civ. P. 4(m), the plaintiff shall show good cause in writing no later than April 5, 2016 why such service was not timely made, failing which the complaint shall be dismissed.

                              John A. Woodcock, Jr.
                              United States District Judge


                              By: /s/ Jennifer L. Gray
                                    Deputy Clerk

Dated this 22nd day of March, 2016.