UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| MARK RANKIN, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DAVID HALL, et al., )<br>)<br>Defendants. | Civil No. 2:15-cv-00480-JAW |

ORDER OF DISMISSAL

Plaintiff having failed to show any cause in response to this Court's Order to Show Cause dated March 22, 2016 why this action should not be dismissed,

IT IS HEREBY ORDERED that this action be and hereby is DISMISSED without prejudice.

SO ORDERED.

Dated this 11th day of April, 2016

/s/John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
U.S. DISTRICT JUDGE